UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUAN CARLOS GUZMAN-CARRILLO, | No. 10-72507 |
| Petitioner, | Agency No. A075-471-437 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | ORDER* |
| Respondent. | |

On Petition for Review of an Order
of the Board of Immigration Appeals

Submitted August 29, 2011**
Seattle, Washington

Before: HAWKINS, McKEOWN, and BEA, Circuit Judges.


Respondent's Unopposed Motion to Remand to the Board of Immigration

Appeals is GRANTED.

**REMANDED** with instructions that the removal proceedings be terminated.

As stated in the unopposed motion, the parties shall bear their own attorneys' fees,

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

costs and expenses, including any fees, costs or expenses compensable under the Equal Access to Justice Act.

This Order served on the agency shall act as and for the mandate of this court.